DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PSHATOIA LAROSE,**
Appellant,

v.

**STATE FARM FIRE & CASUALTY CO.,**
Appellee.

No. 4D2023-1446

[March 7, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kim Mollica, Judge; L.T. Case No. COINX-22-070060.

Pshatoia LaRose, Miami, pro se.

Jesse C. Dyer and Hinda Klein of Conroy Simberg, Pensacola, for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***